ARCHIBALD PALMER, as Trustee in Bankruptcy of CYPRESS KNITTING MILLS, INC., Bankrupt, Appellant, v. GEORGE A. EINSETLER, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide event, upon the authority of *Palmer* v. *Scheftel* (183 App. Div. 77). Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ ; Laughlin, J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN PASTER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MANUFACTURERS AND DEALERS MOTOR UNDERWRITERS, INC., Respondent, v. FIRE BROKERS' ASSOCIATION OF THE CITY OF NEW YORK, INC., and Others, Appellants, Impleaded with Others.— Order modified to extent stated in order and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

IRVING SCHACHT, Respondent, v. ROBERT H. NOBLE, Doing Business under the Name and Style of SCHONEBERGER & NOBLE, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BORIS THOMASHEFSKY, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J., and Dowling, J., dissented.

S. C. POSNER Co., INC., Respondent, v. EMANUEL A. JACKSON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Shearn, J., dissented.

NATIONAL SURETY COMPANY, Respondent, v. JOSEPH F. DESCALZI and Others, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

STAFFORD HENDRIX, Appellant, v. MANHATTAN BEACH DEVELOPMENT COMPANY and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. SPRENGER, Respondent, v. THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Dowling and Shearn, JJ., dissented.